

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00210-CV

Ezra **PLEASANT**,
Appellant

v.

**TRAVIS COUNTY DISTRICT ATTORNEY**,
Appellee

From the 331st Judicial District Court, Travis County, Texas
Trial Court No. D-1-EX-11-000068
Honorable David Crain, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order denying Pleasant's petition for expunction is AFFIRMED. Any costs of appeal are assessed against Pleasant.

SIGNED September 7, 2016.

_____
Jason Pulliam, Justice